IN THE DISTRICT COURT OF APPEAL
                                              FIRST DISTRICT, STATE OF FLORIDA

MICHAEL M. MASSEY,                            NOT FINAL UNTIL TIME EXPIRES TO
                                              FILE MOTION FOR REHEARING AND
        Appellant,                            DISPOSITION THEREOF IF FILED

v.                                            CASE NO. 1D15-3889

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed November 5, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Michael M. Massey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Lauren L. Gonzalez, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.